UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. B. A. Draughn,                                           Civil No. 11-2972 (DWF/SER)

          Plaintiff,

v.                                                           **ORDER ADOPTING REPORT
                                                             AND RECOMMENDATION**

Dr. Haldermash,

          Defendant.

---

Mr. B. A. Draughn, *Pro Se*, Plaintiff.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED;** and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 4, 2011      s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge